UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY E. RODRIGUEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>HUNT, *et al.*,<br><br>            Defendants. | Case No.: 3:18-CV-00435-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 45) |

     Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 45[1]) entered on September 21, 2021, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 40).  On October 13, 2021, Plaintiff filed his Objections to U.S. Magistrate Judge's Report and Recommendation (ECF No. 46).

     This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Baldwin's Report and Recommendation (ECF No. 45), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 40) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2021.

_____
ROBERT C. JONES
United States District Judge